UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JASON MIXON | CIVIL ACTION NO. 07-1063 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| ANADARKO PETROLEUM CORPORATION, ET AL | BY CONSENT OF THE PARTIES |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Ruling,

IT IS ORDERED, ADJUDGED AND DECREED that all claims by the plaintiff against Devin Rental Tools, Inc. are dismissed with prejudice.

Thus done and signed this 8th day of April, 2010 at Lafayette, Louisiana.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

1