UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JASON MIXON | DOCKET NO. 6:07-cv-1063 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| ANADARKO PETROLEUM CORPORATION, ET AL. | BY CONSENT OF THE PARTIES |

### ORDER OF DISMISSAL

This Court having been advised by the parties that the plaintiff, Jason Mixon, and the intervenor, Ace American Insurance Company, have agreed to settle their claims against defendant National Oilwell Varco, L.P.,

IT IS HEREBY ORDERED that the plaintiff's and the intervenor's claims against National Oilwell Varco, L.P. are hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty days, to reassert the claims if settlement is not consummated; and

IT IS FURTHER ORDERED that the parties are to submit to this Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty days of entry of this judgment.

This Court retains jurisdiction over the settlement of this matter under *Kokkenen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana, this 15th day of September, 2010.

_____
Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)