UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JASON MIXON | DOCKET NO. 6:07-cv-1063 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| ANADARKO PETROLEUM CORPORATION, ET AL. | BY CONSENT OF THE PARTIES |

## ORDER OF DISMISSAL

This Court having been advised by the parties that this matter has settled and the agreed-to settlement having been placed of record, it is

ORDERED that this action is hereby DISMISSED without prejudice to the right, upon good cause shown within sixty days, to reassert the claims if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to this Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty days of entry of this judgment.

This Court retains jurisdiction over the settlement of this matter under *Kokkenen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana, this 6th day of October, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)